## Gottlieb *v.* Hozen, Appellant.

*Practice Superior Court—Appeals—Even division of appellate court—Affirmance of lower court.*

Where, on appeal, the judges of the Superior Court are equally divided, the opinion of the lower court will be affirmed.

Argued November 18, 1925. Appeal No. 308 October T., 1925, by defendant from judgment of C. P. No. 5, Philadelphia County, March T., 1920, No. 4013, in the case of Harry Gottlieb v. Herman Hozen. Before PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

Assumpsit for breach of contract. Before SMITH, J.

Verdict for plaintiff in the sum of $1633.13 and judgment thereon. Defendant appealed.

*Errors assigned* were various rulings on evidence, the charge of the court and refusal of defendant's motion for judgment non obstante veredicto.

*Edwin Fischer,* and with him *George Wentworth Carr* and *Abraham M. Rose,* for appellant.

*Harry Shapiro,* for appellee.

PER CURIAM, November 20, 1925:

The judges who sat at the argument of this case being equally divided in opinion, the judgment is affirmed.